**NOTE: CHANGES MADE BY COURT**

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| GREGG T. BADAMI,<br><br>Plaintiff,<br><br>v.<br><br>JAMES CHRISTIANSEN,<br><br>Defendant. | Case No. 8:22-cv-01918-FWS-KES<br><br>Assigned to: Hon. Fred W. Slaughter<br><br>**ORDER RE STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) [61]**<br><br>Complaint Filed:  October 19, 2022<br>Trial Date:           January 23, 2024 |

///
///

1

Having considered the parties' Stipulation of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) [61] ("Stipulation"), the files and records of the case, the applicable law, and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

1. The above-captioned action is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

2. Each party shall bear his own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated:  December 11, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE